[No. 18401-3-III.     Division Three.     April 13, 2000.]

CATHERINE ANN RALSTON, ET AL., *Appellants*, v. WELLS AND
COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 97-2-06575-0, Kathleen M. O'Connor,
J., entered April 7, 1999. *Affirmed* by unpublished opinion
per Sweeney, J., concurred in by Kurtz, C.J., and Kato, J.


[No. 17826-9-III.     Division Three.     April 13, 2000.]

STEVEN K. ADAMS, *Appellant*, v. GERALD JOHNSTON, M.D.,
ET AL., *Defendants*, DEACONESS MEDICAL CENTER,
*Respondent*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 86-2-04068-9, Kathleen M. O'Connor,
J., entered September 1, 1998. *Affirmed* by unpublished
opinion per Sweeney, J., concurred in by Kurtz, C.J., and
Brown, J.


[No. 18285-1-III.     Division Three.     April 13, 2000.]

STAR L. FREEMAN, *Appellant*, v. STANLEY R. STANFIELD,
*Respondent*.

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 81-5-00169-4, Philip M. Raekes, J., entered
January 29, 1999. *Affirmed* by unpublished opinion per
Brown, A.C.J., concurred in by Schultheis and Kato, JJ.


[No. 18249-5-III.     Division Three.     April 13, 2000.]

WILGEO IV, *Appellant*, v. FINNERTY'S AT THE ARENA, LLC,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 96-2-06983-8, Gregory D. Sypolt, J.,
entered January 26, 1999. *Affirmed in part* and *remanded*
by unpublished opinion per Brown, J., concurred in by
Kurtz, C.J., and Kato, J.